US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE:_____

                                              TIME SPENT:_____

DOCKET NO. 16 CV 2529

CASE: Dollard v City

_____ INITIAL CONFERENCE            _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE          _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE         _____ TELEPHONE CONFERENCE
_____ MOTION HEARING                _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED            _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF:  _____
                _____

FOR DEFENDANT:  _____
                _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____    DEF. TO SERVE PL. BY:_____

RULINGS: Parties to complete written discovery. Depositions to be completed by next conf.
6/6 at 1000