

**CIVILIAN COMPLAINT REVIEW BOARD**
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

BILL DE BLASIO
MAYOR

RICHARD D. EMERY, ESQ.
CHAIR

MINA Q. MALIK, ESQ.
EXECUTIVE DIRECTOR

October 8, 2015

Ms. Denise Dollard
57-60 80 Street
Middle Village, NY 11379

Re: CCRB case number 201504254

Dear Ms. Dollard:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

Allegation(s) by letter :                                            Board finding(s) :

A)   Force:
     PO Rhea Tiwary used physical force              Substantiated (Formalized Training)
     against Denise Dollard.

B)   Force:
     PO Rhea Tiwary hit Denise Dollard               Substantiated (Formalized Training)
     against a wall.

For an explanation of Board findings, please refer to the enclosed form, which details what each finding means.

In this case, the Board substantiated one or more allegations raised by the complaint. Under New York City law, the Civilian Complaint Review Board has the authority to investigate certain types of complaints against police officers, make findings of fact, and forward its recommendations to the Police Commissioner. Only the Police Commissioner has the authority to actually impose discipline against a police officer. Consequently, the CCRB is forwarding this case to the Police Commissioner and the Department Advocate's Office of the New York City Police Department, for whatever action they deem appropriate. Please be aware that in certain cases police officers are entitled by law to an administrative hearing before the Department can impose disciplinary penalties; in such a case you may be asked to testify at an administrative proceeding.

If you have any questions about the current status of your case, please contact the CCRB at (212) 912-7235.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

Sincerely,

Mina Q. Malik
Executive Director

Enclosure



BILL DE BLASIO
MAYOR

CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

RICHARD D. EMERY, ESQ
CHAIR

MINA Q. MALIK, ESQ.
EXECUTIVE DIRECTOR

## EXPLANATION OF BOARD FINDINGS

**Substantiated** – the officer(s) committed misconduct.*

**Unfounded** – the officer(s) did not commit the alleged action.

**Unsubstantiated** – it is unclear whether misconduct occurred.

**Exonerated** – the actions of the officer(s) were not found to be misconduct.

**Miscellaneous** – the officer has resigned, retired or has been terminated.

**Officer(s) Unidentified** - the subject officer(s) of the alleged action could not be identified.

**Complainant/Victim Uncooperative** – the complainant/victim did not respond to repeated attempts by the investigator to schedule an interview or failed to appear for scheduled interviews.

**Complainant/Victim Unavailable** – the investigator was unable to locate the complainant/victim with the contact information obtained.

**Victim Unidentified** – there is not enough information to locate the alleged victim.

**Complaint Withdrawn** – the complainant/victim no longer wishes to go forward and asked to withdraw the complaint. No case is closed for this reason until the person states that they are voluntarily withdrawing the complaint.

If you have new evidence, not previously available to the CCRB, or a previously unavailable or uncooperative witness becomes available, the Board may be willing to reopen your case if such new evidence may reasonably lead to a different finding. To request that the Board reopen your case in such circumstances, please detail the new evidence and request in a letter addressed to: Executive Director, at the above address, as soon as possible.

*The Board may, when it substantiates an allegation, make one of the following recommendations:

Formalized Training: The officer should receive training at the Police Academy in regard to the specific allegation(s).
Command discipline: The officer should receive discipline at the local, command level, which may range from instructions to the loss of up to ten days' pay.
Charges and specifications: Charges should be filed against the officer, which may result in an administrative hearing and a penalty more severe than a command discipline.